| | | |
|---|---|---|
| **C. MICHAEL KAMPS**<br>**Plaintiff,**<br><br>**v.**<br>**BAYLOR UNIVERSITY, KENNETH WINSTON STARR, in his official capacity as President of Baylor University, ELIZABETH DAVIS, in her official capacity as Executive Vice President and Provost of Baylor University, DAVID SWENSON, in his official capacity as Chair of the Admissions Committee and Chair of the Scholarship Committee of Baylor Law School, and Members of those Committees**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NUMBER:**<br><br>A12CV 657 LY |

**AFFIDAVIT OF C. MICHAEL KAMPS**

1. BEFORE ME, the undersigned authority, personally appeared C. Michael Kamps, who being duly sworn, deposed as follows:

2. "My name is C. Michael Kamps. I am at least 18 years of age and of sound mind. I reside in the City of Rockwall, Rockwall County, Texas. I am the Plaintiff in the above captioned case. The following is within my personal knowledge and is true and correct."

**EXHIBIT**

**A**

3. "This action is brought under 42 U.S.C. 6101 *et seq.* known as the Age Discrimination Act of 1975 and the implementing Regulations found at 34 C.F.R. Part 110, to seek relief from Defendants' violations of said Act and Regulations which resulted in injury to me."

4. "I have examined all Exhibits attached to this complaint, and certify that they are true and correct copies of the documents as supplied to me from sources cited, or, if in the nature of charts and graphs, are faithful presentations of the data provided by the sources cited."

5. "To the extent that any document may be altered, that fact is clearly noted and the reason for the alteration set forth. Examples might be the addition of paragraph numbers where none existed in the original, or highlighting or other indications of emphasis."

6. "I first applied for admission to Baylor Law School on or about October 30, 2009, for the Law School class commencing in the fall of 2010."

7. "I was 52 years of age when I first applied to Baylor's Law School."

8. "I was aware that my aging undergraduate grade point average ('UGPA') might unfairly prejudice my application, due to the effects of grade inflation, so I included a letter from the Texas A&M Registrar verifying my class rank. I also purposed to score high enough on the LSAT to overcome the effects of grade inflation and thus qualify for consideration for the Joseph Milton Nance Presidential Scholarship."

9. "In February of 2010, I learned that I had been placed on the waiting list for admission, and I learned that the long-established minimum qualification required for consideration for the Joseph Milton Nance Presidential Scholarship had been changed in

**EXHIBIT**

such a way as to disqualify my candidacy solely due to the age related bias inherent in the UGPA."

10. "Also in February 2010, I complained about the change to the committee at Texas A&M which was responsible for nominating candidates for the Nance Scholarship."

11. "In April 2010, I complained to Baylor Law School's Assistant Dean of Admissions, Becky Beck-Chollett, in a meeting in her office. Dean Beck-Chollett read an e-mail from the committee at Texas A&M, then told me that she would work to get me admitted to the Fall 2010 class and, if she was successful, would "work with me" regarding the Nance Scholarship. I relied on her word in this matter"

12. "When classes began in August, 2010, I requested that my application be re-activated for the Fall 2011 entering class."

13. "I have also complained about this inequity to Baylor Law School's Scholarship Committee; requested that my complaint be registered with the Admissions Committee; formalized my complaint under Baylor University's Policy and Procedure # 028 to the Provost and Executive Vice President, Elizabeth Davis; attended and testified at a hearing before Baylor's Civil Rights Committee; and appealed the Provost's decision to Baylor's President, Kenneth Winston Starr."

14. "At the hearing before Baylor's Civil Rights Committee, David Swenson testified that there was no official record of the Scholarship Committee changing the requirements for the Nance Scholarship, that he could find no record at all of the change prior to its communication to Texas A&M in February, 2010 (though he had made a search), and that, 'we do not deny that grade inflation exists.'"

15. "I have not retained counsel, but may be forced to do so during the course of this action."

16. "Further, affiant sayeth not."

C. Michael Kamps, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on July 17, 2012, by C. Michael Kamps.

Notary Public, State of Texas

SHERRI NICHOLS
MY COMMISSION EXPIRES
November 3, 2013

**EXHIBIT**

**Michael Kamps**

**From:** Welch, Doug <Doug_Welch@baylor.edu>
**Sent:** Tuesday, October 04, 2011 4:33 PM
**To:** Holmes, Chris; Michael Kamps
**Subject:** RE: Kamps complaint

Mr. Kamps:

I understand that you called Dr. Karla Leeper yesterday seeking confirmation that all internal appeals processes have been completed, and I am able to so confirm.

As indicated by Mr. Holmes, as you have offered, I would like to receive a courtesy copy of any document you file with the Department of Education.

Thanks

Doug Welch
Assistant General Counsel
Baylor University
213 Pat Neff Hall
One Bear Place, Box 97034
Waco, Texas 76798-7034
Telephone 254.710.3821
Telecopier 254.710.3843
On Campus Direct Dial 1360
Doug_Welch@Baylor.edu

**PERSONAL AND CONFIDENTIAL COMMUNICATION**:

This message is intended only for the use of the individual or entity to which it is addressed. This message contains information from the Office of General Counsel at Baylor University, which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication in any form is prohibited. If you receive this communication in error, delete it immediately.

---

**From:** Holmes, Chris
**Sent:** Monday, October 03, 2011 11:39 AM
**To:** Michael Kamps
**Cc:** Welch, Doug
**Subject:** RE: Kamps complaint

Michael,

Doug Welch in our office will be your contact in our office from here on. And yes, he would appreciate copies of your filings with the US Dept of Education.

Sincerely,

Chris Holmes

**EXHIBIT**

**B**

---

**From:** Michael Kamps [kamps@heritagefunding.com]
**Sent:** Wednesday, September 28, 2011 11:47 PM

**To:** Holmes, Chris
**Subject:** Kamps complaint

Dear Mr. Holmes –

As you are no doubt aware, President Starr has made a final decision on behalf of Baylor University regarding my complaint. You will not, I trust, be surprised to learn that I intend to pursue this matter further.

Specifically, I intend to complain to the United States Department of Education with regard to the Law School's age related bias. I also intend to investigate whether the unethical actions taken by the Law School give rise to any cause(s) of action under state law separate and apart from the federal question being presented to the Education Department.

In connection with these issues, it is my sense that I should probably correspond only with you, or your office, with regard to any action against the Law School or the University. Please confirm. Also, please provide me with the proper styling and entity type for the Law School and the University, and official address for service.

Finally, would it be of any use to your office to have a courtesy copy of the complaint I file with the US Department of Education, or would you prefer to simply wait to hear from them?

Best Regards,

C Michael Kamps
NMLS 204466
TX CPA 026683
214-478-1180
972-692-5857 (fax)
kamps@heritagefunding.com

EXHIBIT

**B**



DEPARTMENT OF EDUCATION
UNITED STATES OF AMERICA

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE FOR CIVIL RIGHTS
DALLAS OFFICE

NOV 04 2011

Ref: 06122019

Mr. Charles Kamps
214 Glenn Avenue
Rockwall, TX 75087

Dear Ms. Kamps:

This is to acknowledge that the U.S. Department of Education, Office for Civil Rights (OCR), Dallas Office, received your complaint on October 27, 2011. We are currently evaluating your complaint to determine if OCR has the authority to investigate your allegation(s).

If OCR has authority to investigate, OCR requires a signed consent form when identification of the complainant is necessary to resolve the complaint. You have already provided us with a signed consent. We have enclosed the document, "OCR Complaint Processing Procedures" to provide you with an overview of our complaint evaluation and resolution process.

You should be contacted by OCR either by letter or telephone, in the near future. However, if you need to contact this office prior to that time, you may do so by calling 214/661-9600 week days between the hours of 8:30 a.m. and 5:00 p.m. Should you call, it would be helpful if you provide the reference number or name noted at the top of this letter. Your call will be referred to the team to which your complaint has been assigned.

Sincerely,

for Vicki Johnson
Program Manager
Dallas Office

Enclosures

EXHIBIT

C

PAGE 1 of 1

1999 BRYAN ST., SUITE 1620, DALLAS, TX 75201-6810
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

English | Customer Service | USPS Mobile | Register / Sign In

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES | PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| RE521916516US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 25, 2012, 9:00 am | WACO, TX 76706 | |
| RE521916520US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 25, 2012, 9:00 am | WACO, TX 76706 | |
| RE521916533US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 25, 2012, 9:00 am | WACO, TX 76706 | |
| RE521916547US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 25, 2012, 9:00 am | WACO, TX 76706 | |
| RE521916555US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 29, 2012, 8:15 am | WASHINGTON, DC 20202 | |
| RE521916564US<br>**Restore Archived Details** | First-Class Mail® | Delivered | June 04, 2012, 8:47 am | WASHINGTON, DC 20201 | |
| RE521916578US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 29, 2012, 4:42 am | WASHINGTON, DC 20530 | |
| RE521916581US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 25, 2012, 9:00 am | WACO, TX 76706 | |
| RE521916595US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 25, 2012, 9:00 am | WACO, TX 76706 | |
| RE521916604US<br>**Restore Archived Details** | First-Class Mail® | Delivered | May 25, 2012, 9:00 am | WACO, TX 76706 | |

GET EMAIL UPDATES | PRINT DETAILS

**Check on Another Item**

What's your label (or receipt) number?

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

**EXHIBIT**

**D**

**PAGE 1 of 1**

Applicant Name: Kamps, Charles M  LSAC Acct #: L29153447

# Law School Report

LSAC

Update Reason:  For: Fall 2010

## BACKGROUND

Soc Sec/Soc Ins # [redacted]6491  Completion Date 10/30/09

Service Type LSDAS  State of Perm. Res. TX

Birthdate [redacted]/1957  Age 52  Sex MALE

Prev. Name  Ethnicity CW

Undergraduate Major FINANCE

| CODE | YEAR | NOTES FROM TRANSCRIPT |
|---|---|---|
| 6003 | 75-76 | Advanced Credits |

| INSTITUTIONS ATTENDED | DEGREE DATE | LEVEL | CODE |
|---|---|---|---|
| TEXAS A & M UNIVERSITY - COLLEG | BBA12/79 | U | 6003 |
| UNIVERSITY OF TEXAS - ARLINGTON | | U | 6013 |
| UNIVERSITY OF NORTH TEXAS | | U | 6481 |
| UNIVERSITY OF NORTH TEXAS | | G | 6481 |
| EASTFIELD COLLEGE | | U | 6201 |

| CODE | YEAR | NOTES FROM TRANSCRIPT |
|---|---|---|

## DEGREE SCHOOL

| Percentage of LSAT | 95 & up | 90-94 | 85-89 | 80-84 | 75-79 | 70-74 | 65-69 | 60-64 | 55-59 | 50-54 | 45-49 | 40-44 | 35-39 | 30-34 | 25-29 | 20-24 | 0-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 7 | 6 | 7 | 6 | 7 | 6 | 7 | 6 | 6 | 6 | 6 | 4 | 5 | 4 | 5 | 7 |

| Percentage Distribution of GPAs | 4.00 Up | 3.80 3.99 | 3.60 3.79 | 3.40 3.59 | 3.20 3.39 | 3.00 3.19 | 2.80 2.99 | 2.60 2.79 | 2.40 2.59 | 2.20 2.39 | 2.00 2.19 | 1.80 1.99 | 1.60 1.79 | 1.59 Down |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 6 | 9 | 9 | 14 | 13 | 11 | 13 | 10 | 6 | 5 | 1 | 0 | 0 |

## TRANSCRIPT ANALYSIS

| Year | 75-76 | 76-76 | 76-77 | 77-77 | 78-78 | 78-79 | 79-79 | 81-81 |
|---|---|---|---|---|---|---|---|---|
| Education Level | U | U | U | U | U | U | U | G |
| College | TEX CST | EASTFLD | TEX CST | UNOTEX | UTEXARL | TEX CST | TEX CST | UNOTEX |
| College Code | 6003 | 6201 | 6003 | 6481 | 6013 | 6003 | 6003 | 6481 |
| LSAT College Mean | | INSF | | 536 | 521 | | 555 | |
| Num. Candidates | | INSF | | 150 | 144 | | 465 | |
| Semester Hours | 29.0 | 3.0 | 32.0 | 3.0 | 3.0 | 40.0 | 17.0 | |
| GPA | 2.66 | 4.00 | 3.63 | 3.00 | 3.00 | 3.38 | 2.88 | SEE |
| Cum. GPA/College | 2.66 | 4.00 | 3.17 | 3.00 | 3.00 | 3.25 | 3.20 | TRANS |
| Cum. GPA Percentile Rank | | INSF | | 42% | 39% | | 62% | |
| GPA College Mean | | INSF | | 3.10 | 3.12 | | 3.02 | |
| Cum. Across GPA | 2.66 | 2.79 | 3.21 | 3.20 | 3.19 | 3.26 | 3.21 | |

| GRADES EARNED | | TOTAL | NUMBER OF SEMESTER HOURS BY GRADE FOR EACH SCHOOL - DATE - PERIOD | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.50 & Up | A | 45.0 | 3.0 | 3.0 | 20.0 | 0.0 | 0.0 | 18.0 | 1.0 | |
| 2.50 - 3.49 | B | 66.0 | 16.0 | 0.0 | 12.0 | 3.0 | 3.0 | 19.0 | 13.0 | |
| 1.50 - 2.49 | C | 13.0 | 7.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | |
| 0.50 - 1.49 | D | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| 0.49 - Down | F | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Unconverted | | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Total | | 130.0 | 32.0 | 3.0 | 32.0 | 3.0 | 3.0 | 40.0 | 17.0 | |

## SUMMARY

### LSAT Score Data

| Score Band | Score | Percent Rank | Admin. Date | Index |
|---|---|---|---|---|
| 166-172 | 169 | 97 | 09-09 | 201 |
| | / | | 06-09 | |
| 166-172 | 169 | | Average | 201 |

+ No Reportable Score - LSAC Action
* No Reportable Data - Data Cancelled
/ No Reportable Score - Candidate Action
- No Reportable Score - Absent or Score Delayed

**Undergraduate Summary**

Degree (Summary) GPA 3.20  Cumulative GPA 3.21

Semester Hours 118.0  Semester Hours 127.0

Nonpunitive "NC", "WF", and "Repeated" Course Credit Hours

**Letters of Recommendation**

Number of letters included in this report: 0

**Law School Matriculation**

Prior law school matriculation or intent to matriculate reported by:

*Recipients of this report are cautioned to contact the named law school to verify the information reported here.*

**Misconduct or Irregularity Determination**

NO

**Score Band** *Score Bands on this report reflect a 68% level of confidence.*

120 130 140 150 160 170 180

Lower=166  Average Score=169  Upper=172

Charles M Kamps
214 Glenn Avenue
Rockwall, TX 75087

BAYLOR UNIVERSITY SCHOOL OF LAW  6032

Report Date: 10/30/2009

Prior Application:

EXHIBIT

Copyright ©1998 by Law School Admission Council, Inc

Charles Michael Kamps

UIN 7578310

PAGE 1 of 1